1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

10  FELICIA ISAAC,                        )
11              Plaintiff,                ) CASE NO.:2:16-cv-04128-FFM
                                          )
12                                        )
13  v.                                    ) *[PROPOSED]* JUDGMENT
                                          )
14  NANCY A. BERRYHILL, Acting            )
15  Commissioner of Social Security,      )
                                          )
16              Defendant.                )
17  _____ )

18
19        The Court, having approved the parties' stipulation to reopen this case for
20  purpose of entering judgment for Plaintiff, hereby grants judgment for Plaintiff.
21
22
23  DATED:  April 23, 2019              _____/S/ Frederick F. Mumm_____
24                                      HONORABLE FREDERICK F. MUMM
                                        UNITED STATES MAGISTRATE JUDGE
25
26
27
28