UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FELICIA ISAAC, | ) | |
| | ) | CASE NO.:2:16-cv-04128-FFM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | *[PROPOSED]* ORDER |
| | ) | AWARDING EAJA FEES AND COSTS |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of SEVEN THOUSAND TWO HUNDRED DOLLARS AND 00/100 ($7,200.00) and costs in the amount of FOUR HUNDRED DOLLARS ($400.00) subject to the terms of the stipulation.

DATED: May 14, 2019      /s/ Frederick F. Mumm
                         FREDERICK F. MUMM
                         UNITED STATES MAGISTRATE JUDGE